**UNITED STATES COURT OF APPEALS**

**FOR THE FIFTH CIRCUIT**

No.97-10089
Summary Calendar

UNITED STATES OF AMERICA,

Plaintiff-Appellee,

versus

ANDRE DEMOND JACKSON,

Defendant-Appellant.

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:96-CR-240-D

October 8, 1997

Before POLITZ, Chief Judge, KING and DENNIS, Circuit Judges.

PER CURIAM:[*]

Counsel for Andre Demond Jackson, who pled guilty to a charge of

distribution of cocaine base, has filed a brief in compliance with **Anders v.**

**California**.[1] The required independent review of the brief, Jackson's response, and

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

[1]386 U.S. 738 (1967).

the record reveal no nonfrivolous issue available to be pressed on appeal. Accordingly, the motion of counsel to be relieved from further responsibilities herein is GRANTED and Jackson's request for appointment of a new appellate attorney is DENIED.

The appeal is DISMISSED.